
1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada

3  DEBORAH L. STACHEL, CSBN 230138
   Regional Chief Counsel, Region IX
4  Social Security Administration
   S. WYETH MCADAM, CSBN 223876
5  Special Assistant United States Attorney
          160 Spear Street, Suite 800
6         San Francisco, California 94105
          Telephone: (415) 268-5610
7         Facsimile: (415) 744-0134
          E-Mail: Wyeth.McAdam@ssa.gov
8
   Attorneys for Defendant
9

10

11

12                    UNITED STATES DISTRICT COURT

13                         DISTRICT OF NEVADA

14 | Ikelene M. Boh,                    )
   |                                    ) Case No. 2:20-cv-00350-EJY
15 |              Plaintiff,            )
   |                                    ) **UNOPPOSED MOTION FOR EXTENSION TO**
16 |        v.                          ) **FILE ANSWER (SECOND REQUEST) AND**
   |                                    ) **SUPPORTING DECLARATIONS**
17 | ANDREW SAUL,                       )
   | Commissioner of Social Security,   )
18 |                                    )
   |              Defendant.            )
19

20  <u>MOTION FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED
    ADMINISTRATIVE RECORD AND ANSWER TO PLAINTIFF'S COMPLAINT</u>

21      Defendant, Andrew Saul, Commissioner of Social Security (the "Commissioner"), by

22  and through his undersigned attorneys, hereby moves for a 60-day extension of time to file

23  Defendant's Electronic Certified Administrative Record and Answer to Plaintiff's Complaint.

24  Defendant's Electronic Certified Administrative Record and Answer to Plaintiff's Complaint

25  are due to be filed by Friday, September 25, 2020.

26

In light of the global COVID-19 pandemic, SSA has taken the unprecedented step of suspending in-office services to the public: https://www.ssa.gov/coronavirus/. The Agency is focusing on providing the most critical services by mail, phone and online to those most in need. SSA is also taking additional steps to protect its employees and help stop the spread of COVID-19, maximizing social distancing, including significantly limiting employee access to SSA facilities for health and safety only and has moved toward a temporary virtual work environment. Electronic processes allow some of SSA's most critical work to continue with minimal interruption; other workloads have been suspended until the health crisis abates or the Agency is able to create new electronic business processes.

For purposes of this particular case, the public health emergency pandemic has significantly impacted operations in the Social Security Administration's Office of Appellate Operations (OAO) in Falls Church, Virginia. That office is responsible for physically producing the administrative record that is required to adjudicate the case under Sections 205(g) and (h) of the Social Security Act, 42 U.S.C. § 405(g) and (h). *See* SSA Program Operations Manual System GN 03106.025.

As detailed in the attached declarations, beginning March 16, 2020, OAO's staff members began to telework to protect employee health and prevent further spread of COVID-19. At that time, critical in-person physical tasks associated with preparing the administrative record could not be accomplished. For example, prior to the COVID-19 pandemic, to safeguard Personally Identifiable Information (PII), all hearing recordings, which are part of the administrative record, were downloaded onto compact discs and encrypted. OAO securely routed the encrypted discs to a private contractor through a daily pickup and delivery service at the Official Duty Station (ODS) in Falls Church, Virginia. The private contractor would transcribe the hearing recording and send the paper copy of the hearing transcript back to OAO. OAO personnel would then scan the hearing transcript into the electronic record or place the hearing transcript in the paper case file. Thereafter, OAO personnel would assemble the

administrative record in a prescribed order.

To ensure a continuity of operations, OAO has been actively pursuing mitigation efforts to allow the remote preparation of administrative records. For cases in which the private contractors were already in possession of hearing recordings for transcription, with the assistance of the Office of Acquisitions and Grants (OAG), OAO received approval to receive these transcripts from the private contractors via secured email, e.g., using password protection and redacted Social Security Numbers. In April 2020, OAO began receiving such hearing transcripts from private contractors via secured email.

For cases in which OAO had not yet submitted recordings to the private contractors before March 16, 2020, OAO has been pursuing all available options to obtain transcriptions for these cases. In May 2020, OAO began encrypting hearing recordings and securely emailing them to the contractors for transcription. Through the month of May, OAO and the contractors worked to resolve technical issues that arose, particularly with large files. The process is functioning now, albeit at only half of normal productivity.

Given the volume of pending cases, Defendant requests an extension in which to respond to the Complaint until November 23, 2020. If in 60 days the electronic certified administrative record is not prepared, the Commissioner will file a status report with the Court as to when he expects the administrative record to be completed.

The undersigned affirms that opposing counsel, Matthew R. McGarry, does not object to the requested extension.

/ / /

/ / /

/ / /

WHEREFORE, the Defendant asks the Court to enlarge the time for filing the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint until November 23, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

Dated:  September 23, 2020

*/s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Social Security Administration

Attorneys for Defendant

### ~~PROPOSED~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

_____
HONARABLE ELAYNA J. YOUCHAH
UNITED STATED MAGISTRATE JUDGE

DATED: September 23, 2020