1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada

3  DEBORAH L. STACHEL, CSBN 230138
   Regional Chief Counsel, Region IX
4  Social Security Administration
   S. WYETH MCADAM, CSBN 223876
5  Special Assistant United States Attorney
         160 Spear Street, Suite 800
6        San Francisco, California 94105
         Telephone: (415) 268-5610
7        Facsimile: (415) 744-0134
         E-Mail: Wyeth.McAdam@ssa.gov
8
   Attorneys for Defendant
9
                          **UNITED STATES DISTRICT COURT**

                               **DISTRICT OF NEVADA**

| Ikelene M. Boh, | ) | |
|---|---|---|
|  | ) | Case No. 2:20-cv-00350-EJY |
| Plaintiff, | ) | |
|  | ) | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR REVERSAL AND REMAND** |
| v. | ) | |
|  | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
|  | ) | |
| Defendant. | ) | |

   Plaintiff and Defendant, through their respective attorneys, and subject to the approval of the Court, hereby stipulate that Defendant shall have an extension of time of 45 days, up to and including Monday, March 28, 2021, in which to file and serve his response to Plaintiff's Motion for Reversal and Remand.

   Defendant's counsel is not able to meet the current briefing schedule for this case because of multiple deadlines, including eight briefs due in the next three weeks, a hearing, and the challenges of working at home with two young children because of the COVID pandemic. Similar impacts on attorneys throughout the office have reduced the office's ability to meet the briefing schedule by

Unopposed Motion for EOT
Case No. 2:20-cv-00350-EJY

reassigning the case. The undersigned affirms that Plaintiff's counsel stipulates to this requested extension.

WHEREFORE, the parties ask the Court to enlarge the time for Defendant to response to Plaintiff's Motion for Reversal and Remand until March 28, 2021.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

Dated:  February 12, 2021         /s/ S. Wyeth McAdam
S. WYETH McADAM
Special Assistant United States Attorney
Social Security Administration

Attorneys for Defendant

### ~~PROPOSED~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.  No further extensions of time will be granted.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATED MAGISTRATE JUDGE

DATED: Feb. 12, 2021